UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REYNALDO CENTENO,                                Case No: 1:16-cv-00959

        Plaintiff,                                    Barrett, J.
v.                                                                Bowman, M.J.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

**REPORT AND RECOMMENDATION**

Plaintiff filed this Social Security appeal to challenge the Defendant's non-disability finding.  *See* 42 U.S.C. §405(g).  On September 1, 2017, the Court reversed the Commissioner's decision and remanded under sentence four of 42 U.S.C. §405(g). (Docs. 12, 13).

On October 13, 2017, the parties filed a Stipulation to an award of $2,708.74 in attorney's fees and costs pursuant to the Equal Access for Justice Act ("EAJA").  (Doc. 14).  The parties' stipulation suggests that, if counsel can verify that Plaintiff owes no pre-existing debt to the United States that is subject to offset, then Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the attorney's fee assignment signed by Plaintiff.

A consensus of decisions within the Sixth Circuit hold that "[u]nder *Ratliff*, the proper course is to award fees directly to Plaintiff and remain silent as to the direction of those fees."  *Oliver v. Com'r of Soc. Sec.*, 916 F.Supp.2d 834, 836-838 (S.D. Ohio 2013)(collecting cases and quoting *Cornell v. Com'r of Soc. Sec.*, 2:11-cv-97, 2012 U.S. Dist. LEXIS 6115, at *6-7 (S.D. Ohio May 2, 2012)); *see also Cox v. Astrue*, 917 F.

Supp.2d 659 (E.D. Ky. 2013)(holding that under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), fees should be paid to claimants regardless of whether there is an assignment to counsel.

Accordingly, it is **RECOMMENDED THAT** pursuant to the parties' stipulation (Doc. 14), Plaintiff be awarded the total sum of $2,708.74 in attorney's fees and costs under the Equal Access to Justice Act ("EAJA").

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

TINA NADDRA,                                                         Case No: 1:16-cv-340

    Plaintiff,                                                    Barrett, J.
v.                                                               Bowman, M.J.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).